THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* DAVID DAB, Appellant.

Submitted March 22, 1937; decided March 25, 1937.

*William Copeland Dodge, District Attorney (Le Roy Mandle* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.